UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

  - v. -                          :  Affirmation in Support of
                                     Application for Order of
HEE YOUN LEE,                     :  Continuance
                                     14 Mag. 2817
                                  :
              Defendant.          :
- - - - - - - - - - - - - - - - - X

State of New York        )
County of New York       ) ss.:
Southern District of New York )

Jaimie L. Nawaday, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2. HEE YOUN LEE, the defendant, was charged in a complaint dated December 16, 2014, with a violation of Title 18, United States Code, Sections 1029(a)(3), 1029(a)(4), 1029(b)(2), and 1028A and 2. The defendant was arrested on or about December 15, 2014, and was presented in accordance with Federal Rule of Criminal Procedure 5

1



before Magistrate Judge Andrew J. Peck in the Southern District of New York on December 16, 2014. The defendant was ordered released upon a $250,000 personal recognizance bond co-signed by two financially responsible persons, subject to certain bail conditions set by the Court, including strict pre-trial services supervision, that the defendant surrender travel documents, and that the defendant's travel be limited to the Southern and Eastern Districts of New York.

3. At the initial presentment on December 16, 2014, defense counsel consented to a waiver of her client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 14 days of the initial appearance, and subsequently agreed to extend the deadline to indict by an additional 30 days. Accordingly, under the Speedy Trial Act the Government had until February 17, 2015, within which to file an indictment or information.

4. Rita Glavin and I have had discussions regarding a possible disposition of this case beginning on or about December 16, 2015, and continuing to the present. The negotiations have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on February 17, 2015.

5. Therefore, the Government is requesting a continuance until March 19, 2015, to continue the foregoing discussions and reach a disposition of this matter. Defense counsel Rita Glavin has consented to this request, and advised me that her client, HEE YOUN LEE, has also consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:  New York, New York
        February 17, 2015

_____
Jaimie Nawaday
Assistant United States Attorney
(212) 637-2275